# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-567-SDD-RLB** |
| **DONALD TRUMP, ET AL.** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on October 10, 2019.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARON JOHNSON                                         CIVIL ACTION

VERSUS                                                NO. 19-567-SDD-RLB

DONALD TRUMP, ET AL.

**ORDER**

This matter is before the Court on a Complaint filed on August 27, 2019 by Baron Johnson. (R. Doc. 1). The Complaint is a single, handwritten page of various notations and nonsensical statements. The Complaint was not accompanied by the $400.00 filing fee or a Motion to Proceed in forma pauperis.

On September 12, 2019, the plaintiff was ordered to pay $400.00, the full amount of the Court's filing fee, or file a Motion to Proceed in forma pauperis within twenty-one (21) days from the date of that Order. (R. Doc. 2). Plaintiff was warned that a failure to pay the filing fee or file a Motion to Proceed in forma pauperis could result in the dismissal of the plaintiff's Complaint without further notice from the Court.

As of the date of this order, plaintiff has done neither. Accordingly, the undersigned recommends that this matter be dismissed, without prejudice, due to plaintiff's failure to pay the required filing fee.

Signed in Baton Rouge, Louisiana, on October 10, 2019.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE