UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BARON JOHNSON

CIVIL ACTION

VERSUS

19-567-SDD-RLB

TRUMP, ET AL.

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 10, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this action is hereby DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to pay the required filing fee.

Signed in Baton Rouge, Louisiana the 4 day of November, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 3.